

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  §  |  |
| --- | --- | --- |
| Aaron Rivera, | § | No. 08-19-00136-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th District Court |
| The State of Texas, | § | of El Paso County, Texas |
| State. | § | (TC# 20050D02112) |
|  | § |  |

# **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **March 19, 2020.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before March 19, 2020.

IT IS SO ORDERED this 19th day of February, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.